# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3403 | **DATE** | 4/25/2012 |
| **CASE TITLE** | William P. Gress v. Patient Builders, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation, plaintiff's individual claims against defendant Patient Builders, Inc. are dismissed with prejudice and without costs and the claims of the putative class against defendant Patient Builders, Inc are dismissed without prejudice and without costs. Plaintiff's individual claims and the claims of the putative class against defendant John Does 1-10 are dismissed without prejudice and without costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|